## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

      *Plaintiff*,

    v.

U.S. FISH AND WILDLIFE SERVICE,

      *Defendant*.

**Case No.: 19-cv-00932-KBJ**

### PROOF OF SERVICE

Pursuant to Federal Rules of Civil Procedure 4(l), I hereby certify that service of the complaint and summons in the above-captioned case has taken place in the following manner:

1.   The United States Attorney for the District of Columbia was served via certified mail on April 5, 2019; the United States Attorney's office received the documents on April 15, 2019.

2.   The United States Attorney General was served via certified mail on April 5, 2019; the United States Attorney General's office received the documents on April 15, 2019.

3.   The United States Environmental Protection Agency was served via certified mail on April 5, 2019; the United States Environmental Protection Agency's office received the documents on April 15, 2019.

Certified mail return receipts verifying these statements are attached as Exhibit 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted,

/s/ *Hannah Connor*
Hannah Connor (District of Columbia Bar No. 1014143)
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
(202) 681-1676
hconnor@biologicaldiversity.org

*Counsel for Plaintiff*

PROOF OF SERVICE                                                                      2