**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 19-932 (KBJ) ) ADMINISTRATIVELY CLOSED |
| U.S. FISH AND WILDLIFE SERVICE, | ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

As previously reported, the parties have informally resolved the substantive issues in this Freedom of Information Act ("FOIA") case and are discussing attorney's fees. By minute order dated December 26, 2019, the Court administratively closed the case and ordered the parties to file a joint status report by January 9, 2020, containing a proposed briefing schedule should one be necessary at that point.

The parties continue to discuss the fee issue and are hopeful of resolving the matter informally, but holiday absences have impeded the agency's ability to respond to plaintiff's most recent proposal. Consequently, to permit talks to continue, the parties propose that they file a status report and proposed briefing schedule by February 6, 2020, if they are unable to reach agreement by then. A proposed order is attached.

Dated: January 8, 2020              Respectfully submitted,

By:     *s/ Hannah Connor*
        Hannah M.M. Connor (D.C. Bar No. 1014143)
        Center for Biological Diversity
        P.O. Box 2155
        St. Petersburg, FL 33731
        (202) 681-1676
        hconnor@biologicaldiversity.org

        Margaret E. Townsend (D.C. Bar No. OR0008)
        Center for Biological Diversity
        P.O. Box 11374
        Portland, OR 97211-0374
        (971) 717-6409
        mtownsend@biologicaldiversity.org

        *Attorneys for Plaintiff*

        JESSIE K. LIU, D.C. Bar No. 472845
        United States Attorney

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:     /s/ *Damon Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544
        damon.taaffe@usdoj.gov

        *Attorneys for defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Civil Action No. 19-932 (KBJ) |
| ) | ADMINISTRATIVELY CLOSED |
| U.S. FISH AND WILDLIFE SERVICE,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

**[PROPOSED] ORDER**

The parties shall file another status report and briefing schedule by February 6, 2020, if they have not resolved the case informally by then.

SO ORDERED

_____         _____
Date                                                                          Kentanji B. Jackson
                                                                                United States District Judge